**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION**

SNAP-ON, INCORPORATED,

    Plaintiff/Counter-Defendant,

    v.

HARBOR FREIGHT TOOLS USA, INC.,

    Defendant/Counter-Plaintiff.

Case No. 2:16-cv-01265-LA

**STIPULATION OF DISMISSAL OF
ALL CLAIMS AND COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counter-Defendant, Snap-on Incorporated, and Defendant/Counter-Plaintiff, Harbor Freight Tools USA, Inc., hereby stipulate to the dismissal *with* prejudice of all pending claims and counterclaims in the above-captioned action, with each party bearing its own fees and costs.

Dated:  August 3, 2017

                                Respectfully submitted:

                                By *s/ Jonathan H. Margolies*

                                MICHAEL BEST & FRIEDRICH LLP
                                   Jonathan H. Margolies
                                   Katherine W. Schill
                                   100 E. Wisconsin Ave.
                                   Suite 3300
                                   Milwaukee, WI 53202
                                   Tel: (414) 271-6560
                                   Fax: (414 277-0656
                                   jhmargolies@michaelbest.com

QUINN EMANUEL URQUHART &
SULLIVAN LLP

    David M. Grable
    865 S. Figueroa St., 10th Fl.
    Los Angeles, CA 90017
    Tel: (213) 443-3000
    Fax: (213) 443-3100
    davegrable@quinnemanuel.com

    Margret M. Caruso
    Brett J. Arnold
    555 Twin Dolphin Dr. 5th Fl.
    Redwood Shores, CA 95616
    Tel: (650) 801-5000
    Fax: (650) 801-5100
    margretcaruso@quinnemanuel.com
    brettarnold@quinnemanuel.com

**Attorneys for Defendant/Counter-Plaintiff Harbor Freight Tools USA, Inc.**

By *s/   Joseph R. Lanser*

SEYFARTH SHAW LLP

    Justin K. Beyer
    Joseph R. Lanser
    233 S. Wacker Drive
    80th Floor
    Chicago, Illinois 60606
    Tel: (312) 460-5000
    Fax: (312) 460-7000
    jbeyer@seyfarth.com
    jlanser@seyfarth.com

**Attorneys for Plaintiff/Counter-Defendant Snap-on Incorporated**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 3, 2017, the forgoing was served on all counsel of record via the Court's ECF system.

Dated: August 3, 2017

/s/ *Joseph R. Lanser*
Joseph R. Lanser
233 S. Wacker Drive
80th Floor
Chicago, Illinois 60606
Tel: (312) 460-5000
Fax: (312) 460-7000
jlanser@seyfarth.com